**Opinion issued September 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00430-CV

————————————

**BRANDI HAGGERTON, Appellant**

**V.**

**DANNY LE, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Bell County, Texas**
**Trial Court Case No. 88872**

---

## MEMORANDUM OPINION

Appellant, Brandi Haggerton, has failed to timely file a brief. Appellant's brief was due by July 31, 2019. *See* TEX. R. APP. P. 38.6(a) (governing time to file appellant's brief). On August 15, 2019, the Clerk of this Court notified appellant that this appeal was subject to dismissal for want of prosecution, unless she filed a

brief or a motion for an extension of time to file a brief by August 26, 2019. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of case). To date, appellant has not filed a brief or a motion for an extension of time.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss